IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSEPH STRICKLAND,

    Petitioner,

v.    CASE NO. 5:13-cv-101-RS-EMT

N.C. ENGLISH,

    Respondent.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 15) and Petitioner's Objections (Doc. 18). I have considered Petitioner's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Petitioner's petition for writ of habeas corpus (Doc. 1) is **DISMISSED with prejudice**.

3. The certificate of appealability is **DENIED** as Petitioner has not made a substantial showing of the denial of a constitutional right.

4. The clerk is directed to close the file.

**ORDERED** on July 15, 2013.

        /S/ Richard Smoak
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**